RECEIVED
IN LAKE CHARLES, LA
NOV 13 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JAMES R. TOWNLEY** | : | **DOCKET NO. 2:06-cv-694**<br>**Section P** |
| **VS.** | : | **JUDGE MINALDI** |
| **PARISH OF CALCASIEU, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## PARTIAL JUDGMENT OF DISMISSAL

Currently before the court is a "Motion to Dismiss Defendant" [doc. 41] filed by *pro se* plaintiff, James R. Townley. By this motion, the plaintiff seeks to dismiss Billy Chapman as a defendant. He states that Mr. Chapman was inadvertently named as a defendant by him. Having considered this motion,

IT IS ORDERED that the motion be GRANTED and that Billy Chapman be DISMISSED from this action. w/ prejudice

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 8 day of November, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE