

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JAMES TOWNLEY | : | DOCKET NO. 2:06-cv-694 |
| VS. | : | JUDGE MINALDI |
| PARISH OF CALCASIEU, ET AL. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the defendants' motion for summary judgment be GRANTED and that this matter be DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___ day of ____June____, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE